UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK ATKINSON, | ) |
|           Plaintiff, | ) ) ) |
| v. | ) ) ) No. 21 C 291 |
| MERRICK B. GARLAND[1], in his official capacity Attorney General of the United States, and REGINA LOMBARDO, in her official capacity as Acting Director, Head of Agency, of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | ) ) ) ) ) ) ) ) |
|           Defendants. | ) |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: s/ Paraisia Winston Gray
    PARAISIA WINSTON GRAY
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6008
    paraisia.winston.gray@usdoj.gov

---

[1] Attorney General Merrick B. Garland is automatically substituted for former Acting Attorney General Jeffrey A. Rosen pursuant to Fed. R. App. P. 43(c)(2) or Fed. R. Civ. P. 25(d).