IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK ATKINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MERRICK GARLAND, in his official ) | Case No. 1:21 CV 291 |
| capacity as Attorney General of the United ) | |
| States, and MARVIN RICHARDSON, in his ) | |
| official capacity as Acting Director of the ) | |
| Bureau of Alcohol, Tobacco, Firearms ) | |
| and Explosives, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SET STATUS CONFERENCE

Plaintiff, Patrick Atkinson, by and through LAW FIRM OF DAVID G. SIGALE, P.C., his attorney, moves this Honorable Court to schedule a status conference regarding the issues of the pending Motion to Dismiss and further proceedings. In support thereof, Plaintiff states as follows:

1.  Plaintiff filed this matter to restore certain constitutional rights pursuant to the Second Amendment to the United States Constitution. Plaintiff asserts his case is materially distinguishable from the Seventh Circuit's ruling in *Kanter v. Barr*, 919 F.3d 437 (7th Cir. 2019), and also argues (for appellate purposes only) that *Kanter* was incorrectly decided.

2.  Defendants[1] have filed a Motion to Dismiss, which is fully briefed.

---

[1] Defendant Marvin Richardson, as the current Acting Director of BAFTE, has been substituted as Defendant for his official predecessor, Regina Lombardo, automatically per F.R. Civ. P. 25(d).

3. Plaintiff therefore requests the Court set a status conference regarding this matter. There need not even be a separate date scheduled, as said conference may be conducted *instanter*.

4. Defendants will not be prejudiced by the granting of this Motion.

WHEREFORE, the Plaintiff, Patrick Atkinson, requests this Honorable Court set a status conference in this matter, as well as any and all further relief as this Court deems just and proper.

Dated: March 1, 2022                            Respectfully submitted,

                                        By:      /s/ David G. Sigale
                                                Attorney for Plaintiffs

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF ATTORNEY AND NOTICE OF ELECTRONIC FILING

The undersigned certifies that:

    1.    On March 1, 2022, the foregoing document was electronically filed with the District Court Clerk *via* CM/ECF filing system;

    2.    Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

    /s/ David G. Sigale
    Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com