IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK ATKINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERRICK GARLAND, in his official | ) | Case No. 1:21 CV 291 |
| capacity as Attorney General of the United | ) | |
| States, and MARVIN RICHARDSON, in his | ) | |
| official capacity as Acting Director of the | ) | |
| Bureau of Alcohol, Tobacco, Firearms | ) | |
| and Explosives, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO: Paraisia Winston Gray, Esq.
Assistant United States Attorney
219 South Dearborn Street
Chicago, IL 60604
paraisia.winston.gray@usdoj.gov

    You are hereby notified that on the **10th** day of March, 2022 at **11:00 A.M.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable John Robert Blakey, or any Judge sitting in his stead, in Courtroom 1203 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, IL 60604, or *via* remote means as the Court determines, and then and there present the Plaintiffs' Motion to Set Status Conference, filed simultaneously with this Notice.

                                                            /s/ David G. Sigale
                                                            Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547
dsigale@sigalelaw.com

## CERTIFICATE OF SERVICE

The undersigned, attorney of record for the Plaintiff, hereby certifies that on March 1, 2022, he served a copy of the above Notice of Motion, and this certificate of service, by electronic means pursuant to Electronic Case Filing (ECF).

        /s/ David G. Sigale
        David G. Sigale