**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

Patrick Atkinson
                         Plaintiff,

v.                                        Case No.: 1:21−cv−00291
                                                  Honorable John Robert Blakey

Jeffrey A. Rosen, et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 15, 2022:

      MINUTE entry before the Honorable John Robert Blakey: For the reasons more fully explained in the accompanying Memorandum Opinion and Order, this Court finds that Plaintiff's claim lacks merit. Accordingly, based upon binding precedent, the Court grants Defendants' motion to dismiss [6] and dismisses this case with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.