**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Patrick Atkinson
                          Plaintiff,

v.                                                    Case No.: 1:21–cv–00291
                                                           Honorable John Robert Blakey

Jeffrey A. Rosen, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 16, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court sets this matter for a hearing on 8/23/23 at 11:00 a.m. in Courtroom 1203 to discuss next steps to advance the case in light of the Seventh Circuit's mandate. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.