UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK ATKINSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 1:21-cv-291 |
| MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, and STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**CONSENT MOTION TO EXTEND ANSWER DEADLINE**

Defendants respectfully request that the Court extend Defendants' current deadline to respond to Plaintiff's Amended Complaint. This deadline is November 13, 2023, and Defendants request that the Court extend the deadline until 21 days after the Court rules on Defendants' pending Motion to Stay Proceedings, ECF No. 27, in the event the Motion is denied.

There is good cause to extend the current deadline to respond to the Amended Complaint. Defendants recently filed a motion to stay proceedings pending the disposition of two cases before the Supreme Court. *Id.* If the Court grants that Motion, this case will be stayed likely for a period of months, until the Supreme Court acts in the cases cited in Defendants' Motion. Accordingly, preparation of and filing a response to Plaintiff's Amended Complaint in the interim would not be an efficient use of resources, and an extension of that deadline would not otherwise delay this matter.

The parties conferred, via counsel, and Plaintiff consents to this request.

Dated: November 8, 2023                    Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY R. FARBY
Assistant Branch Director

*/s/ Michael Drezner*
Michael Drezner
VA Bar No. 83836
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-4505
Email: Michael.L.Drezner@usdoj.gov

*Attorney for Defendants*