# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Patrick Atkinson

                            Plaintiff,

v.                                                       Case No.: 1:21−cv−00291
                                                          Honorable John Robert Blakey

Merrick B. Garland, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 15, 2023:

        MINUTE entry before the Honorable John Robert Blakey: The Court grants Defendants' opposed motion to stay [27] in part, and grants the unopposed motion to extend time [28], and strikes the 11/22/23 Notice of Motion hearing and 11/28/23 status hearing dates. The case shall remained stayed pending further order of this Court, but this Court's order may be revisited pending the length of time the Supreme Court keeps its Rahimi and Range rulings under advisement. The Court will set a revised responsive pleading deadline in a future order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.