UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK ATKINSON, | ) |
|         Plaintiff, | ) |
| v. | ) No. 1:21-cv-291 |
| MERRICK B. GARLAND, in his official capacity as Attorney General of the United States, and STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, | ) |
|         Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO REIMPOSE STAY OR, IN THE ALTERNATIVE, TO EXTEND BRIEFING SCHEDULE

Defendants respectfully request that the Court reimpose a stay in this matter pending the Supreme Court's decision in *United States v. Rahimi*, No. 22-915 (U.S.) or, in the alternative, extend the briefing deadlines imposed in the Court's scheduling order of May 1, 2024. *See* ECF No. 33. Plaintiff takes no position on the requested relief.

As noted in Defendants' previous stay motion, the Supreme Court's decision in *Rahimi* will likely inform the Court's resolution of forthcoming proceedings by elaborating on the proper application of *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022). *See* ECF No. 27 ("Stay Mot.") at 3, 5-7; *see Atkinson v. Garland*, 70 F.4th 1018, 1020 (7th Cir. 2023) (vacating and remanding this action "to allow the district court to undertake the *Bruen* analysis in the first instance"). In particular, a central dispute in *Rahimi* is "the parties' . . . substantial disagreement as to how courts should apply '*Bruen*'s Analytical Framework.'" Stay Mot. at 5 (quoting Reply Br. for United States at 2-12, *Rahimi*, No. 22-915 (U.S. June 6, 2023) (Stay Mot., Ex. A)). The Supreme Court heard argument in *Rahimi* on November 7, 2023, and customarily decides all cases heard in a given Term before

recessing around the end of June. *See, e.g.*, *The Court And Its Procedures*, SUPREME COURT OF THE UNITED STATES, *available at* https://perma.cc/6H6K-ZDBC (noting that "[t]he Court typically recesses at the end of June"). Accordingly, a brief extension of the stay in this action until the Supreme Court issues its decision in *Rahimi* would promote judicial economy by permitting the parties to address the effect of the *Rahimi* decision on the issues in this case in their forthcoming briefing. As noted above, Plaintiff takes no position on this request.

In the alternative, Defendants respectfully request that the Court extend Defendants' deadline to respond to Plaintiff's Amended Complaint; Plaintiff's deadline to respond to any motion to dismiss Plaintiff's Amended Complaint; and Defendants' deadline to file a reply in support of any motion to dismiss Plaintiff's Amended Complaint. Currently, Defendants' response to Plaintiff's Amended Complaint is due May 22, 2024; Plaintiff's response to any motion to dismiss Plaintiff's Amended Complaint is due June 12, 2024; and Defendants' reply in support of any motion to dismiss Plaintiff's Amended Complaint is due June 20, 2024. *See* ECF No. 33. Defendants request that the Court amend the briefing schedule as follows:

(1) Defendants' response to Plaintiff's Amended Complaint due **June 24, 2024**;

(2) Plaintiff's response to any motion to dismiss Plaintiff's Amended Complaint due **July 24, 2024**; and

(3) Defendants' reply in support of any motion to dismiss Plaintiff's Amended Complaint due **August 5, 2024.**

Good cause supports this request. Counsel of record for Defendants, Mr. Michael Drezner, currently is on detail from the Federal Programs Branch. The undersigned counsel has been assigned to handle this case in Mr. Drezner's absence and requires time to familiarize herself with the relevant factual and legal issues before responding to Plaintiff's Amended Complaint. Additionally, Defendants respectfully request a week and a half, as opposed to the default period of one week, to

2

prepare a reply in support of any motion to dismiss Plaintiff's Amended Complaint. This brief extension would allow for coordination among various stakeholders within the Department of Justice. Counsel for Plaintiff, Mr. David Sigale, does not oppose Defendants' extension request but requests that the Court extend Plaintiff's time to respond to any motion to dismiss Plaintiff's Amended Complaint from twenty-one days to thirty days in light of preexisting deadlines in Mr. Sigale's other matters in the month of July.

Dated: May 17, 2024      Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

<u>/s/ Taisa M. Goodnature</u>
TAISA M. GOODNATURE
New York Bar No. 5859137
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
(202) 514-3786
Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*

3